IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT DUNKLIN,** | * |
| **(AIS # 227652)** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 14-00520-KD-N |
| | * |
| **KENNEDY HARDEN,** | * |
| | * |
| Defendant. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 22, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.[1]

**DONE** this 23rd day of February 2015.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a motion to proceed without prepayment of fees (Doc. 4), which was granted. (Doc. 5)   Subsequently, plaintiff paid the assessed partial filing fee of $4.43. (Doc. 6) Accordingly, the Clerk is DIRECTED to send the partial filing fee to the United States District Court for the Middle District of Alabama at the time this action is transferred.